STATE OF NORTH CAROLINA v. ROSCOE MORRISON

No. 153A82

(Filed 13 July 1982)

APPEAL by defendant pursuant to G.S. 7A-30(2) of the decision of the Court of Appeals (*Judge Harry C. Martin*, with *Judge Arnold* concurring, and *Judge Wells* dissenting) reported per Rule 30(e) at 56 N.C. App. 257 (filed 16 February 1982). The Court of Appeals found no error in the entry of judgment upon defendant's misdemeanor conviction for simple assault by *Clark, Judge*, at the 10 March 1981 Criminal Session of Superior Court, CUMBERLAND County.

*Attorney General Rufus L. Edmisten, by Assistant Attorney General Douglas A. Johnston, for the State.*

*Assistant Public Defender Staples Hughes for the defendant-appellant.*

PER CURIAM.

We hold that the argument made by the district attorney was error. However, because the trial judge forcefully sustained defendant's objection and gave an appropriate curative instruction and because of the strength of the State's case and the lack of any real defense proffered by defendant, we are satisfied that the error was not prejudicial. We, therefore, affirm the decision of the Court of Appeals.

Affirmed.